IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EMERSON CLIMATE
TECHNOLOGIES, INC.,             :

        Plaintiff,

                    :      Case No. 3:15-cv-365

    v.                     JUDGE WALTER H. RICE

M.P.D., INC.,

        Defendant.      :

---

DECISION AND ENTRY SUSTAINING DEFENDANT M.P.D., INC.'S
UNOPPOSED MOTION TO STAY (DOC. #21); STAYING JANUARY 5,
2016, ORDER OF IMMEDIATE POSSESSION (DOC. #10) PENDING
RULINGS ON OTHER PENDING MOTIONS

---

Given that Defendant has challenged this Court's subject matter jurisdiction
by filing a Motion to Alter or Amend Order of Possession (Doc. #17), and a Motion
to Dismiss Plaintiff's Claim for Replevin (Doc. #25), neither of which has been fully
briefed, the Court SUSTAINS Defendant's Motion to Stay (Doc. #21), which
appears to be unopposed.  The January 5, 2016, Order of Immediate Possession
(Doc. #10) is STAYED pending rulings on these other motions.


Date: March 9, 2016

                                WALTER H. RICE
                                UNITED STATES DISTRICT JUDGE