UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| EMERSON CLIMATE TECHNOLOGIES, INC., | : | CASE NO. 3:15-CV-00365-WHR |
| | : | |
| | : | JUDGE WALTER H. RICE |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | ORDER |
| | : | |
| M.P.D., INC., | : | |
| | : | |
| Defendant. | : | |

This matter having come before the Court on Plaintiff Emerson Climate Technologies, Inc.'s Motion for an Order to File a Document Under Seal, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and the document may be filed under seal of this Court.

SO ORDERED this 3l day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE