UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EMERSON CLIMATE
TECHNOLOGIES, INC.,

Case No. 3:15-cv-365

    Plaintiff,

vs.

MPD., INC.,

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

    Defendant.

___

## ORDER
___

The discovery phase of this case has ended. No discovery motion or other matter referred to the undersigned Judicial Officer remains pending. The Clerk of Courts is directed to note in the record that: (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter in this case remains pending before the undersigned Judicial Officer.

**IT IS SO ORDERED.**

Date:   October 6, 2017                              s/ Michael J. Newman
                                                                    Michael J. Newman
                                                                     United States Magistrate Judge